UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:98-CV-630-H

FAIR HOUSING COUNCIL, INC., et al.                          PLAINTIFFS

v.

VILLAGE OF OLDE ST. ANDREWS, INC.,                          DEFENDANTS
et al.

## MEMORANDUM AND ORDER

After the Court had determined all of the substantive legal issues in this case, it granted a

stay pending appeal.  The Sixth Circuit held that without specific directives as to the remedial

action required, the existing orders were merely interlocutory and not subject to appeal.

Therefore, it dismissed the appeal for lack of jurisdiction.  Pursuant to that directive, the Court

now sets forth specific remedies required under its prior orders.  It does so after reviewing

memoranda filed by the parties and after a conference with the parties.

The parties have identified twenty-nine (29) specific violations for which the Court

required remedial work.  Seven (7) of those violations (a) through (g) concern common areas in

the Village of Greenhurst and the Village of St. Andrews developments.  The remainder concern

violations within individual residential units of Greenhurst, St. Andrews and Deer Creek.  The

Court concludes that WKB must perform the required remedial work as to each of the twenty-

nine (29) specific violations upon request by the appropriate owner's association or individual

unit owner.  To accomplish this in a reasonable manner, WKB shall first communicate with each

association and unit owner, specifying the remedial work that the Court has ordered and

providing a space for each entity or person to elect the remedial work it wishes to receive. The approved correspondence and accompanying descriptions of the remedial work are attached to this Memorandum and Order as Exhibits 1-8 and are specifically incorporated as a part of the order. Thereafter, WKB shall advise Plaintiffs and the Court of the responses and shall establish a schedule for completion of the work.

Defendant has moved again to stay remedial action pending appeal. The Court has previously discussed this issue with the parties at length. The Court believes that it would be confusing to correspond with unit owners regarding remedial improvements and then to postpone actual work pending appeal. Without a stay, an appeal of important issues would be rendered worthless. For these and all the other reasons contained in the Court's Memorandum and Order dated May 21, 2004, the Court believes that the remedies required here should be stayed pending appeal.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that WKB shall complete the remedial work set forth in this Memorandum (as incorporated by Exhibits 1-8 hereto) after corresponding with the appropriate ownership associations and individual unit owners to receive approval.

IT IS FURTHER ORDERED that all of the above remedies are STAYED pending appeal.

IT IS FURTHER ORDERED that during the stay and appeal WKB shall post a bond in the amount of $60,000 to cover a portion of the remedial expenses as well as a portion of Plaintiff's fees and expenses.

This is a final and appealable order.

2

This **26**th day of April, 2005.

JOHN G. HEYBURN II
CHIEF JUDGE, U.S. DISTRICT COURT

cc:    Counsel of Record

3

EXHIBIT 1

_____, 2005

Dear Village of St. Andrews Owners Association:

A federal court has determined that you are entitled to elect that certain improvements be made to the common areas of your condominium complex in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations. The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

WKB Associates, Inc.

_____

_____

After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time. Some of the remedial work offered will involve very little inconvenience. However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to residents. The description of each remedial item should give you a good idea about this.

Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____. Thank you for your time and attention to this matter.

Sincerely,

Enclosure

EXHIBIT 1(a)

Name: _____

Address: _____

_____

Telephone: _____

 

Please check the appropriate line for any improvement or improvements that you wish to be made to the Village of St. Andrews:

_____ Remove or revise existing curb ramps at sidewalk crossings to meet requirements of Fair Housing Act.

_____ Rebuild the ramps with curbs to access each gazebo.

_____ Replace threshold to meet requirements of Fair Housing Act (remove jamb, reset after trim is removed and replaced and caulk and paint).

EXHIBIT 2

_____, 2005

Dear Village of Greenhurst Owners Association:

A federal court has determined that you are entitled to elect that certain improvements be made to the common areas of your condominium complex in compliance with the Fair Housing Amendment Act of 1988.  You are not required to elect these alterations.  The attached sheet allows you to make a choice.  However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

WKB Associates, Inc.

_____

_____

After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time.  Some of the remedial work offered will involve very little inconvenience.  However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to residents.  The description of each remedial item should give you a good idea about this.

Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____.  Thank you for your time and attention to this matter.

Sincerely,

Enclosure

EXHIBIT 2(a)

Name:          _____

Address:       _____

               _____

Telephone:     _____


Please check the appropriate line for any improvement or improvements that you wish to be made to the Village of Greenhurst:

_____   Remove or revise existing curb ramps at sidewalk crossings to meet requirements of Fair Housing Act.

_____   Remove the existing ramp and replace a ramp that meets the requirements of the Fair Housing Act.

_____   Replace threshold (remove jamb, reset after the trim is removed and replaced, and caulk and paint).

_____   Replace threshold to meet requirements of Fair Housing Act (remove jamb, reset after trim is removed and replaced, and caulk and paint).

_____   Disconnect and remove the sink, faucets and disposal; remove the base cabinet and install a false front on the cabinet; reinstall the sink, faucets and disposal and dispose of old cabinet.

_____   Rebuild the ramps with curbs to access each gazebo.

EXHIBIT 3

_____, 2005

Dear Village of Greenhurst Resident:

     A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations.  The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

     Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

        WKB Associates, Inc.

        _____

        _____

     After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time.  Some of the remedial work offered will involve very little inconvenience.  However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident.  The description of each remedial item should give you a good idea about this.

     Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____.  Thank you for your time and attention to this matter.

        Sincerely,

Enclosure

EXHIBIT 3(a)

Name: _____

Address: _____

_____

Telephone: _____

Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____ Replace threshold (take out door and jamb, remove existing threshold and replace with a lower threshold; reinstall jamb, install new casing, caulk and paint, and reinstall the door).

_____ Remove thermostats from existing locations; patch the hole at the former location; reinstall the thermostat at a location that meets the requirements of the Fair Housing Act; and repaint the area.

_____ Widen bathroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved to accommodate a larger door. The walls would have to then be rebuilt and properly finished and painted.

_____ Widen bedroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____ Widen opening to walk-in closet to 32". Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____ Widen opening between pantry and washing machine to provide a 32" opening. This would require taking out part of pantry to provide room.

_____ Providing more room in the kitchen. This requires removal of sinks and cabinets, and rebuilding the entire kitchen area.

EXHIBIT 4

_____, 2005

Dear Village of Greenhurst Resident:

 A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations.  The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

 Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

  WKB Associates, Inc.

  _____

  _____

 After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time.  Some of the remedial work offered will involve very little inconvenience.  However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident.  The description of each remedial item should give you a good idea about this.

 Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____.  Thank you for your time and attention to this matter.

     Sincerely,

Enclosure

EXHIBIT 4(a)

Name: _____

Address: _____

_____

Telephone: _____


Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____ Replace threshold (take out door and jamb, remove existing threshold and replace with a lower threshold; reinstall jamb, install new casing, caulk and paint, and reinstall the door).

_____ Remove thermostats from existing locations; patch the hole at the former location; reinstall the thermostat at a location that meets the requirements of the Fair Housing Act; and repaint the area.

_____ Remove the room outlets from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____ Remove upper receptacles from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____ Widen bathroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____ Widen bedroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____   Widen walk-in closet doors to provide 32" opening.  Structural changes to the units would be required to remedy this violation.  The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door.  The walls would have to then be rebuilt and properly finished.

_____   Widen opening between pantry and washing machine to provide a 32" opening.  This would require taking out part of pantry to provide room.

EXHIBIT 5

_____, 2005

Dear Village of Greenhurst Resident:

A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations. The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

        WKB Associates, Inc.

        _____

        _____

After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time. Some of the remedial work offered will involve very little inconvenience. However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident. The description of each remedial item should give you a good idea about this.

Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____. Thank you for your time and attention to this matter.

                        Sincerely,

Enclosure

EXHIBIT 5(a)

Name:      _____

Address:      _____

                _____

Telephone:      _____


Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____     Replace threshold (take out door and jamb, remove existing threshold and replace with a lower threshold; reinstall jamb, install new casing, caulk and paint, and reinstall the door).

_____     Remove thermostats from existing locations; patch the hole at the former location; reinstall the thermostat at a location that meets the requirements of the Fair Housing Act; and repaint the area.

_____     Remove the room outlets from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____     Remove the outlets from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____     Widen bathroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____     Widen bedroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____ Widen walk-in closet doors to provide 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____ Widen opening between pantry and washing machine to provide a 32" opening. This would require taking out part of pantry to provide room.

_____ Provide for required 30" x 48" of clear floor space parallel to and centered on the sinks. This space can be created if the work contemplated by the Amended Proposed Remedy for Violation V is done, by moving the sinks and cabinets.

EXHIBIT 6

_____, 2005

Dear Village of Olde St. Andrews Resident:

      A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations.  The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

      Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

          WKB Associates, Inc.

          _____

          _____

      After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time.  Some of the remedial work offered will involve very little inconvenience.  However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident.  The description of each remedial item should give you a good idea about this.

      Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____.  Thank you for your time and attention to this matter.

               Sincerely,

Enclosure

EXHIBIT 6(a)

Name:           _____

Address:        _____

                _____

Telephone:      _____


     Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____    For the primary entrance door–replace threshold (remove jamb, reset after the trim is removed and replaced, and caulk and paint). For the garage door–replace threshold (take out door and jamb, remove existing threshold and replace with a lower threshold; reinstall jamb, install new casing, caulk and paint, and reinstall the door). For the veranda door–replace threshold (remove door, remove and replace threshold, reinstall jamb, new casing and door, caulk and paint, and repair floor if required).

_____    Remove thermostats from existing locations; patch the hole at the former location; reinstall the thermostat at a location that meets the requirements of the Fair Housing Act; and repaint the area.

_____    Remove the outlets from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____    Remove toilet, vanity and linen closet; remove area of floor tile; cut concrete floor; relocate plumbing; patch the floor; retile the floor; and reinstall the vanity and the toilet.

_____    Widen bathroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____    Widen bedroom doors to provide a 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

_____    Widen walk-in closet doors to provide 32" opening. Structural changes to the units would be required to remedy this violation. The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door. The walls would have to then be rebuilt and properly finished.

EXHIBIT 7

_____, 2005

Dear Village of Olde St. Andrews Resident:

A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations. The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

WKB Associates, Inc.

_____

_____

After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time. Some of the remedial work offered will involve very little inconvenience. However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident. The description of each remedial item should give you a good idea about this.

Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____. Thank you for your time and attention to this matter.

Sincerely,

Enclosure

EXHIBIT 7(a)

Name: _____

Address: _____

_____

Telephone: _____

 

      Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____   For the primary entrance door–replace threshold (remove jamb, reset after the trim is removed and replaced, and caulk and paint).  For the garage door–replace threshold (take out door and jamb, remove existing threshold and replace with a lower threshold; reinstall jamb, install new casing, caulk and paint, and reinstall the door).  For the veranda door–replace threshold (remove door, remove and replace threshold, reinstall jamb, new casing and door, caulk and paint, and repair floor if required).

_____   Remove the outlets from their existing location; raise to 18"; install a new box and outlet; patch hole at the former location of the outlet; and repaint as required.

_____   Widen doors in bedrooms to provide 32" opening.  Structural changes to the units would be required to remedy this violation.  The outer walls would have to be torn down and the structural supports of the walls of the unit would have to be moved in order to accommodate a larger door.  The walls would have to then be rebuilt and properly finished.

_____   Kitchen sink is located in an angled section of the counter right at the bending point and does not have sufficient clear floor space parallel to and is not centered on the sink.  Structural changes to the units would be required to remedy this violation.  The unit would have to be redesigned and walls would have to be removed entirely.

EXHIBIT 8

_____, 2005

Dear Village of Deer Creek Resident:

A federal court has determined that you are entitled to elect that certain improvements be made to your condominium unit in compliance with the Fair Housing Amendment Act of 1988. You are not required to elect these alterations. The attached sheet allows you to make a choice. However, if you choose any of them, WKB Associates, Inc. will complete these improvements free of charge.

Please check the appropriate improvement or improvements that you wish to be made and return the sheet within 30 days to the following address:

WKB Associates, Inc.

_____

_____

After we have received your responses, we will attempt to schedule any remedial work for a mutually agreeable time. Some of the remedial work offered will involve very little inconvenience. However, some of the remedial work offered will involve more than a few days to complete and could include significant inconvenience to a resident. The description of each remedial item should give you a good idea about this.

Should you have any questions concerning the more exact nature of this remedial work, please call the undersigned at _____. Thank you for your time and attention to this matter.

Sincerely,

Enclosure

EXHIBIT 8(a)

Name: _____

Address: _____

_____

Telephone: _____

Please check the appropriate line for any improvement or improvements that you wish to be made to your condominium unit:

_____   Master bathroom does not provide the required maneuvering space at the toilet or the shower.  Structural changes would be required for this remedial work.