UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:98CV-630-H

FAIR HOUSING COUNCIL, INC., et al.                              PLAINTIFFS

V.

VILLAGE OF OLDE ST. ANDREWS, INC., et al.                DEFENDANTS

### MEMORANDUM OPINION AND ORDER

Plaintiff, Kentucky Fair Housing Council, Inc., has moved for an award of attorney's fees, costs and expenses in the amount of $47,516.55.  Plaintiffs have justified their request in a memorandum, accompanied by affidavits and exhibits. The amounts requested seem reasonable and Defendants have not specifically objected to any aspect of the request.  Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs are awarded attorney's fees in the amount of $46,797.00 and expenses in the amount of $719.55.

cc:     Counsel of Record